## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MICHAEL JENNINGS,

     Plaintiff,

v.                                                                          Case No: 8:25-cv-535-CEH-NHA

RUEBARUE LLC,

     Defendant.

_____/

## O R D E R

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Natalie Hirt Adams on September 15, 2025 (Doc. 26). In the Report and Recommendation, Magistrate Judge Adams recommends that the Court grant the parties' Amended Joint Motion to Approve Settlement Agreement and Dismiss the Case with Prejudice (Doc. 24). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The parties' Amended Joint Motion to Approve Settlement Agreement and Dismiss the Case with Prejudice (Doc. 24) is **GRANTED.** The Settlement Agreement (Doc. 24-1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)    This action is **DISMISSED**, with prejudice.

(4)    The Clerk is directed to terminate all pending motions and deadlines and close this file.

**DONE AND ORDERED** in Tampa, Florida on October 2, 2025.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Natalie Hirt Adams
Counsel of Record

2